# HUNTON

HUNTON ANDREWS KURTH
FOUNTAIN PLACE
1445 ROSS AVENUE
SUITE 3700
DALLAS, TEXAS 75202-2799

TEL  214 • 979 • 3000
FAX  214 • 880 • 0011

JARRETT L. HALE
DIRECT DIAL: 214 • 979 • 2919
EMAIL: jhale@hunton.com

ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 2:22 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/25/2025 2:22:21 PM
CHRISTOPHER A. PRINE
Clerk

March 25, 2025

Mr. Christopher A. Prine, Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:  Court of Appeals No. 15-24-00042-CV,
Trial Court Cause No. D-1-GN-23-006507
*Oncor Electric Delivery Company LLC v. Public Utility Commission of Texas*

Dear Mr. Prine:

In response to your letter, dated March 5, 2025, Appellant Oncor Electric Delivery Company LLC ("Oncor") hereby confirms the receipt of your notification that the above-referenced matter is set for submission and oral argument on Tuesday, April 15, 2025, at 1:30 PM. Jarrett L. Hale will present oral argument on behalf of Oncor.

Sincerely,

*/s/ Jarrett L. Hale*
Jarrett L. Hale

cc: All counsel of record (via e-file)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lori Wester on behalf of Jarrett Hale
Bar No. 24046005
lwester@huntonAK.com
Envelope ID: 98864915
Filing Code Description: Letter
Filing Description: JARRETT HALE ORAL ARGUMENT NOTICE - ONCOR
Status as of 3/25/2025 3:18 PM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rance Craft | | rance.craft@oag.texas.gov | 3/25/2025 2:22:21 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 3/25/2025 2:22:21 PM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 3/25/2025 2:22:21 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 3/25/2025 2:22:21 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 3/25/2025 2:22:21 PM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 3/25/2025 2:22:21 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 3/25/2025 2:22:21 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth Page | | elizabethpage@huntonak.com | 3/25/2025 2:22:21 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 3/25/2025 2:22:21 PM | SENT |
| Thomas L.Brocato | | tbrocato@lglawfirm.com | 3/25/2025 2:22:21 PM | SENT |
| Jacob J.Lawler | | jacob.lawler@hklaw.com | 3/25/2025 2:22:21 PM | SENT |
| Meghan Griffiths | | mgriffiths@jw.com | 3/25/2025 2:22:21 PM | SENT |
| Grant Clifton | | grantclifton@gmail.com | 3/25/2025 2:22:21 PM | SENT |
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 3/25/2025 2:22:21 PM | ERROR |
| Laura W.Baker | | lwb@smxblaw.com | 3/25/2025 2:22:21 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lori Wester on behalf of Jarrett Hale
Bar No. 24046005
lwester@huntonAK.com
Envelope ID: 98864915
Filing Code Description: Letter
Filing Description: JARRETT HALE ORAL ARGUMENT NOTICE - ONCOR
Status as of 3/25/2025 3:18 PM CST

Case Contacts

| Laura W.Baker | | lwb@smxblaw.com | 3/25/2025 2:22:21 PM | SENT |
|---|---|---|---|---|
| Bryan Clark | | bryan.clark@pxd.com | 3/25/2025 2:22:21 PM | SENT |
| Catherine J.Webking | | cwebking@spencerfane.com | 3/25/2025 2:22:21 PM | SENT |
| Michael A.McMillin | | mmcmillin@omm.com | 3/25/2025 2:22:21 PM | SENT |
| Alfred R.Herrera | | aherrera@herreralawpllc.com | 3/25/2025 2:22:21 PM | SENT |
| Sergio E.Herrera | | sherrera@herreralawpllc.com | 3/25/2025 2:22:21 PM | SENT |